UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>CONDUENT COMMERCIAL SOLUTIONS, LLC, ET AL.,<br><br>    Defendants. | Case No. 1:23-cv-00109-JLT-CDB<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE<br><br>(ECF No. 11) |
| CHARLENE WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>CONDUENT COMMERCIAL SOLUTIONS, LLC, ET AL.,<br><br>    Defendants. | Case No. 1:23-cv-00113-JLT-CDB<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE<br><br>(ECF No. 10) |

Pending before the Court in these related actions is the parties' stipulations, filed March 29, 2023, in which the parties request that the scheduling conference be continued from April 19, 2023, to May 1, 2023, or a time that is convenient for the Court. (ECF Nos. 10, 11.) Based on the parties' representations in the stipulations, the availability of the Court, and for good cause appearing, the Court ORDERS that the Scheduling Conference set for April 19, 2023, be continued to May 1, 2023, at 9:30 a.m. The parties are reminded of their obligation to file a

1  joint scheduling report at least one week prior to the conference.  (*See* ECF Nos. 2, 4).

2  IT IS SO ORDERED.

3  Dated:   **March 30, 2023**   _____

4  UNITED STATES MAGISTRATE JUDGE

2